DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL LIND,**
Appellant,

v.

**MARY MCLEAN,**
Appellee.

No. 4D20-1620

[June 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502009DR014337.

Gabrielle D'Agostino of Gabrielle D'Agostino P.A., Boynton Beach, for appellant.

Mary McLean, Wellington, pro se.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and KUNTZ, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***